[No. 21362–8–I. Division One. April 24, 1989.]

MAURICE B. SHUMAN, ET AL, *Appellants,* v. PUGET SOUND NATIONAL BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–09138–4, Carmen Otero, J., entered October 29, 1987. *Reversed* by unpublished opinion per Swanson, J., concurred in by Winsor, J., and Schumacher, J. Pro Tem.

[No. 21713–5–I. Division One. April 24, 1989.]

*In the Matter of the Marriage of* JOANNE M. NOLTIE, *Respondent, and* FRED W. NOLTIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–3–04112–7, Carlos Y. Velatequi, J. Pro Tem., entered January 29, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Pekelis, JJ.

[No. 17175–5–I. Division One. April 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JAMES FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89011, Frank J. Eberharter, J., entered June 1, 1979. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Webster, J.